December 11, 2006

To: U.S. District Court Southern District Ohio
    100 East Fifth Street
    Cincinnati, OH 45202

From: Lawrence D. Jenkins Sr.
      A465-790
      RCC E- Dorm
      P.O. Box 7010
      Chillicothe, Ohio 45601

Regarding: Approved Parole Plan

I have been ordered by this U.S. District Court to reside at my mother's home immediately upon my release. The following is her information:

> Peggy Delawder
> 4572 County Rd. 52
> Ironton, Ohio 45638

I need to provide the State of Ohio some form of verification of the Courts order. I know that a Federal Parole Officer has already be assigned to my case. If you have their information as well it would be helpful to me.

Please contact me at the above address as soon as possible. I am appreciative of any assistance with this matter that you can provide.

Sincerely,

Lawrence D. Jenkins Sr.